**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BOGDAN DUMBRAVA,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. SA CV 23-00585-DMG-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and that this action is dismissed with prejudice.

DATED: July 16, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE